# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cr106

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| VICHITTRA PRASONGPHINE. ) | |
| ) | |

**THIS CAUSE** came on before the undersigned on November 17, 2006, pursuant to a Petition for Warrant or Summons (#300) that had been filed by the United States Probation Office requesting that the undersigned issue a warrant for the arrest of the defendant due to allegations contained in the petition that the defendant had failed to report to the United States Probation Office within 72 hours of release from the custody of the Bureau of Prisons. It now appears to the court, from information provided by the United States Probation Office, that the defendant could not report to the United States Probation Office because she had been taken into custody at the time of her release from the Bureau of Prisons by the United States Immigration authorities. The United States Probation Office has requested that the undersigned withdraw the warrant for arrest that was authorized and issued by this court on November 17, 2006. It appearing that good cause has been shown, the undersigned enters the following order:

## ORDER

IT IS HEREBY **ORDERED** that the warrant (#300) issued in this matter for the arrest of the defendant is hereby ordered to be **WITHDRAWN.**

Signed: November 29, 2006

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge